IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., | ) | Bk. No. 07-10416 (KJC) |
| et al., | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| MOLLY S. WHITE AND RALPH M. WHITE, | ) | |
| | ) | |
| Appellants, | ) | |
| | ) | |
| v. | ) | Civ. No. 13-1719-SLR |
| | ) | |
| ALAN M. JACOBS, in his capacity as Liquidating Trustee to the New Century Liquidating Trust, | ) | |
| | ) | |
| Appellee. | ) | |

**O R D E R**

At Wilmington this 5th day of December, 2013, having received a recommendation from Chief Magistrate Judge Mary Pat Thynge that these matters be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court;

IT IS ORDERED that the recommendation is accepted and briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

1. Appellants' brief in support of the appeal is due on or before **January 10, 2014**.

2. Appellee's brief in opposition to the appeal is due on or before **February 10, 2014**.

3. Appellants' reply brief is due on or before **February 28, 2014**.

                                              /s/ *[signature]*
                                              United States District Judge